UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ASHLEY LYNN OTENG and<br>JULIUS OWUSU OTENG,<br>    Plaintiffs | CIVIL CASE NO:<br>3:17-cv-1009-JBA |
| v. | |
| SANTANDER CONSUMER USA INC.,<br>    Defendant | SEPTEMBER 20, 2017 |

NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiffs, Ashley Lynn Oteng and Julius Owusu Oteng, through their attorney, hereby give notice that the plaintiffs claims shall be dismissed with prejudice, and without costs or attorney's fees.

        PLAINTIFFS, ASHLEY LYNN OTENG and
        JULIUS OWUSU OTENG,

By: /s/ Daniel S. Blinn
    Daniel S. Blinn (ct02188)
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax (860) 571-7457

## CERTIFICATION

      I hereby certify that on September 20, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ *Daniel S. Blinn*
      Daniel S. Blinn